# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

TIMOTHY JOHN BROCKLEBANK,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2024-1378
_____

October 17, 2025

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Sonia C. Lawson, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


SILBERMAN, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.